## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>201 FOREST STREET, LLC and<br>219 FOREST STREET, LLC,<br><br>        Debtors. | )<br>)<br>)  Chapter 11<br>)  Case Nos.   07-42296-MSH<br>)                      07-41768-MSH<br>)  Jointly Administered<br>)<br>) |
| 201 FOREST STREET, LLC,<br>201 FOREST STREET REALTY TRUST,<br>219 FOREST STREET, LLC and<br>219 FOREST STREET REALTY TRUST,<br><br>        Plaintiffs,<br><br>v.<br><br>LBM FINANCIAL LLC and<br>MARCELLO MALLEGNI,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Adversary Proceeding<br>)  No. 07-4097-MSH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER REGARDING
### MOTION TO APPROVE SETTLEMENT AGREEMENT BY AND AMONG
### THE DEBTORS, LBM FINANCIAL, LLC AND MARCELLO MALLEGNI

This matter having come before the Court on the *Motion to Approve Settlement Agreement by and among the Debtors, LBM Financial, LLC and Marcello Mallegni* dated June 23, 2010 (the "Settlement Motion")[1]; and the Court having jurisdiction to consider the Settlement Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and notice of the Settlement Motion being good and sufficient notice under the circumstances;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.

the relief requested in the Settlement Motion being reasonable and in the best interests of the Debtors' estates and their creditors; and it appearing from the record before the Court that sufficient cause exists for the entry of this order; **IT IS HEREBY ORDERED THAT:**

1. The Settlement Motion is granted; and

2. The Settlement Agreement is approved.

                                                BY THE COURT

                                                _____

                                                Honorable Melvin S. Hoffman
                                                United States Bankruptcy Judge

Dated: _____, 2010

::ODMA\PCDOCS\DOCS\567784\1