prevent and further Obstructions of Justice by some or all of the above named Defendants.

Respectfully submitted by

NICHOLAS J. FIORILLO        /s/ Nicholas J. Fiorillo    Pro se

49 Olde Colony Drive

Shrewsbury, MA

(508) 776-7219

Date: July 23, 2010